UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED / RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 1 5
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-182 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER |
| Said Brian Estrada | |
| Defendant. | |

    IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

    IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 15 day of June, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1